No. M–76. MALONE v. DISTRICT OF COLUMBIA BOARD OF ELECTIONS; and

No. M–77. CROSBY *v.* SHREVES ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.